612

Louis Wald for use of Max M. Grossman, appellee, v. Wald & Schwade Company, appellant. Gen. No. 36,054.

Heard in the first division of this court for the first district at the June term, 1932. Opinion filed November 14, 1932.

Isadore J. Stein, for appellant; Alexander J. Napoli, of counsel. Samuel Grossman, for appellee; Sid Mogul, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Rose Gorindar and Israel Gorindar, appellants, v. Pincus Saltz and Meyer Marks, appellees. Gen. No. 36,079.

Heard in the first division of this court for the first district at the June term, 1932. Opinion filed November 14, 1932. Rehearing denied November 28, 1932.

Abner Goldenson, for appellants. L. A. Sherwin, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Securities Acceptance Corporation, appellant, v. Stanislaus W. Biernat, appellee. Gen. No. 36,088.

Heard in the first division of this court for the first district at the June term, 1932. Opinion filed November 14, 1932. Rehearing denied November 28, 1932.

Harry A. Lambert, for appellant. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Mary Zonca, administratrix of the estate of Anton Zonca, appellee, v. Pearlie Zonca and Peter Zonca, appellants. Gen. No. 36,100.

Heard in the first division of this court for the first district at the June term, 1932. Opinion filed November 14, 1932. Rehearing denied November 28, 1932.

Morris K. Levinson, for appellants. George C. Potts, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Eugene E. Howell, appellee, v. Edward S. Baruc et al., trading as Colvin & Company, appellants. Gen. No. 35,932.

Heard in the first division of this court for the first district at the April term, 1932. Opinion filed November 14, 1932.

Sanders, Childs, Bobb & Wescott, for appellants; W. L. Bourland and F. M. Hartman, of counsel. Short, Rothbart, Willner & Lewis and Sims, Stransky, Brewer & Poust, for appellee; Franklin J. Stransky and Seymour M. Lewis, of counsel.

Mr. Justice Matchett delivered the opinion of the court.